UNITED STATES of America, Appellant,

v.

Hamedah A. HASAN, also known as Stephanie Lomax, Appellee.

No. 99–2102.

United States Court of Appeals, Eighth Circuit.

June 6, 2000.

The petition for rehearing en banc filed by the United States is granted. The panel's opinion and judgment of February 29, 2000, are vacated.

The clerk is directed to set this case for oral argument before the court en banc in St. Louis, Missouri, at 11:00 a.m., on Thursday, September 14, 2000. Counsel for the parties shall submit twenty-one (21) copies of the appeal briefs previously filed in the case.

Each side will be allotted twenty (20) minutes for argument.